**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JERLARD D REMBERT,

    Petitioner,

-vs-                                                        Case No. 8:05-cv-138-T-30MSS

JAMES V. CROSBY, JR.,

    Respondent.
_____/

**ORDER**

    This matter comes before the Court for consideration of Petitioner's request for issuance of a temporary restraining order and preliminary Injunction (Dkt. 11). Petitioner again asks the Court to enter an order directing the Florida Department of Corrections to transfer him to the Pinellas County Jail where, according to Petitioner, he should be held as a "pretrial detainee" pending a decision on his petition for habeas relief. This request was rejected on February 2, 2005 (Dkt. 9). Petitioner fails to raise any new factual or legal issues warranting reconsideration of this matter.

    Petitioner filed his petition for federal habeas relief on January 21, 2005 (Dkt. 1 at 14). Having undertaken the preliminary review mandated by Rule 4, Rules Governing Section 2254 Cases (2004), the Court concluded that, given the chronology of events set out in Petitioner's sworn statements, more than one year elapsed between the date the convictions challenged became final after direct review and the filing of the instant petition. Thus, unless Petitioner establishes that he is entitled to the benefit of equitable tolling, the petition is subject to summary dismissal pursuant to the one-year limitations period

applicable to federal habeas petitions. *See* 28 U.S.C. § 2244(d)(1). *See also Jackson v. Sec. for the Dep't of Corrs.,* 292 F.3d 1347, 1348-49 (11th Cir. 2002).

The Court directed Petitioner to show cause on or before March 4, 2005, why his petition should not be dismissed as barred by the one-year limitations period applicable to § 2254 petitions. *See* 28 U.S.C. § 2244(d)(1)-(2). On February 18, 2005, Petitioner filed a sworn Declaration Affidavit to Court stating that he was unable to prepare and file his response to the order to show cause until he received his legal files from the institution's property room. To date, Petitioner has not filed a response to the show cause order.

ACCORDINGLY, the Court **ORDERS** that:

1. The request for issuance of a temporary restraining order and preliminary injunction (Dkt. 11) is **DENIED**.

2. Petitioner shall show cause on or before **August 22, 2005**, for his failure to respond to the Court's February 2, 2005 order. **Failure to respond within the allotted time will result in DISMISSAL of this case without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on August 11, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished:
Counsel/Parties of Record

SA:jsh