UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JERLARD DEREK REMBERT**
**#140790,**

    **Petitioner,**

v.                                            Case No. 8:05-cv-138-T-30MSS

**SECRETARY, FLORIDA DEPARTMENT**
**OF CORRECTIONS, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

A review of the file indicates that an Order (Dkt. #13) was entered on August 11, 2005, in which the Petitioner was directed to show cause on or before August 22, 2005, why this case should not be dismissed as time-barred pursuant to 28 U.S.C. §2244(d)(1). Petitioner has failed to respond to this Court's Order.

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 8, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-138.dismissal.wpd