**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JERLARD D REMBERT,

    Petitioner,

-vs-                                              Case No.  8:05-cv-138-T-30MSS

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## **ORDER**

    This matter comes before the Court for consideration of Petitioner's Motion for Leave of Court (Dkt. 15) in which Petitioner states he is "requesting leave of court to persue [sic] civil litigation", and Request for Documents (Dkt. 16) in which he asks the Court to provide him with copies of: 1) his motion to be placed in the federal witness protection program, and the order granting that motion; 2) his motions to suppress evidence while in the federal witness protection program, and the order granting that motion; and 3) the order dismissing his 42 U.S.C. Section 1983 civil rights complaint which he filed in 2004.

    This action, a federal habeas action pursuant to 28 U.S.C. Section 2254, was dismissed on September 8, 2005 (Dkt. 14).

    If Petitioner wishes to pursue a civil action in this Court, he does not need leave of court to do so, he simply needs to file a properly drafted complaint.  Also, the documents Petitioner requests are unrelated to this action.  However, Petitioner may provide the Clerk of the Court with

the case numbers and title and filing dates of the orders or motions he needs copied.  Upon receipt of this information, the Clerk of the Court will be able to determine the appropriate amount of the check or money order Petitioner will need to send to obtain a copy of the document(s).  The cost for copies is **fifty (50) cents per page**, and the check or money order should be made payable to the **Clerk, United States District Court**.  Because the Court cannot pay the mailing costs, Petitioner must also provide a sufficient quantity of self-addressed, prepaid return envelopes to accommodate the number of copies of the document(s) he requests.

ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's Motion for Leave of Court (Dkt. 15) is **DENIED**.

2. Petitioner's Request for Documents (Dkt. 16) is **DENIED**.

3. This case stands closed.

DONE and ORDERED in Tampa, Florida on May 19, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Conformed copies to:
Counsel/Parties of Record